WILLIAM SILK, Respondent, *v.* NEW YORK STATE REALTY AND TERMINAL COMPANY, Appellant, Impleaded with Others.

(Argued November 26, 1935; decided December 13, 1935.)

*Kenneth O. Mott-Smith* and *Clive C. Handy* for appellant.
*Jacquin Frank, David M. Fink* and *Charles Glatzer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.